NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANNY CHOI,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5111

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-182, Judge Susan G. Braden.

---

## ON MOTION

---

## ORDER

Danny Choi moves to expedite this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**JUL 1 2 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Danny Choi
Douglas T. Hoffman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 2 2012

JAN HORBALY
CLERK